UNITED STATES of America,
Plaintiff—Appellee,

v.

Oscar MEZA–VERA, aka Oscar Meza,
Defendant—Appellant.

No. 00–50496.

D.C. No. CR–00–00194–SVW.

United States Court of Appeals,
Ninth Circuit.

Nov. 18, 2002.*

Nov. 22, 2002.

Before REINHARDT, RYMER, and
SILVERMAN, Circuit Judges.

MEMORANDUM **

Oscar Meza–Vera appeals from his guilty plea conviction and sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. Meza–Vera contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), his sentence should not have exceeded the two-year statutory maximum sentence pursuant to 8 U.S.C. § 1326(a). Meza–Vera's contentions are foreclosed by *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *cert. denied,* 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388

(2001); *United States v. Castillo–Rivera,* 244 F.3d 1020, 1024 (9th Cir.2001); and *United States v. Martinez–Martinez,* 295 F.3d 1041, 1043 (9th Cir.2002).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

